# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN WORTHY

VERSUS

STEPHENS PIPE & STEEL, LLC,
ET AL

NO.   2024 CW 0594

**AUGUST 28, 2024**

---

In Re:    John Worthy, applying for rehearing, 18th Judicial
          District Court, Parish of West Baton Rouge, No. 1046747.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**


**APPLICATION FOR REHEARING DENIED.**  See Rule 2-18.7 of the
Uniform Rules of Louisiana Courts of Appeal.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT